No. 99–1013. MICCOSUKEE TRIBE OF INDIANS OF FLORIDA ET AL. *v.* TAMIAMI PARTNERS, LTD, BY AND THROUGH ITS GENERAL PARTNER, TAMIAMI DEVELOPMENT CORP., *ante*, p. 1018;

No. 99–1260. WELDON ET UX. *v.* FARM CREDIT SERVICES OF MICHIGAN'S HEARTLAND, PCA, *ante*, p. 1021;

No. 99–1297. MENSAH *v.* ST. JOSEPH COUNTY FAMILY INDEPENDENCE AGENCY ET AL., *ante*, p. 1038;

No. 99–5134. HOWLAND *v.* TEXAS, 528 U. S. 887;

No. 99–7157. RASTEN *v.* DEPARTMENT OF LABOR, 528 U. S. 1124;

No. 99–7179. ZIMBOVSKY *v.* MASSACHUSETTS, 528 U. S. 1125;

No. 99–7282. SIRBAUGH *v.* ELO, WARDEN, 528 U. S. 1165;

No. 99–7363. RANDON *v.* HUBBARD, WARDEN, 528 U. S. 1167;

No. 99–7409. LANE *v.* NATIONAL DATA CORP., *ante*, p. 1023;

No. 99–7525. WEEKS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 528 U. S. 1171;

No. 99–7572. McFADDEN *v.* FORD MOTOR CO. ET AL., 528 U. S. 1192;

No. 99–7717. CROSBY *v.* LAMBERT ET AL., *ante*, p. 1009;

No. 99–7762. ROBINSON *v.* LUKER ET AL., *ante*, p. 1024;

No. 99–7775. ALVARADO *v.* McKAY ET AL., *ante*, p. 1024;

No. 99–7798. BRADLEY *v.* UNITED STATES, 528 U. S. 1193;

No. 99–7814. IN RE DAVAGE, 528 U. S. 1187;

No. 99–7927. McKIRE *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1040;

No. 99–8021. MARCUM *v.* OSCAR MAYER FOODS CORP. ET AL., *ante*, p. 1041;

No. 99–8143. MONTANYA *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 1042;

No. 99–8226. WALLACE *v.* FLORIDA, *ante*, p. 1030; and

No. 99–8241. BOSTEDT *v.* WISCONSIN, *ante*, p. 1031. Petitions for rehearing denied.

No. 99–835. STEWART *v.* UNITED STATES, 528 U. S. 1063;

No. 99–1213. WILLIAMS ET AL. *v.* MICHIGAN ET AL., *ante*, p. 1020; and

No. 99–5771. HART ET UX. *v.* ELDER ET AL., 528 U. S. 953. Motions for leave to file petitions for rehearing denied.

No. 99–1224. LEFKOWITZ *v.* UNITED STATES, 528 U. S. 1190. Motion of petitioner for leave to proceed further herein *in forma*